No. 14, Orig. LOUISIANA *v.* MISSISSIPPI ET AL., *ante,* p. 24;

No. 1065. SMALLEY *v.* SOUTHERN RAILWAY CO., *ante,* p. 906;

No. 1069. LEAGUE OF WOMEN VOTERS OF GRAND TRAVERSE AREA OF MICHIGAN ET AL. *v.* SMOOT, *ante,* p. 909;

No. 1006, Misc. BRUCE, PRESIDENT OF BRUCE'S JUICES, INC. *v.* UNITED STATES, *ante,* p. 921;

No. 1271, Misc. MARTIN *v.* KENTUCKY, *ante,* p. 911; and

No. 1305, Misc. SALAZAR *v.* COX, WARDEN, *ante,* p. 912. Petitions for rehearing denied.

No. 756. DAVID ET UX. *v.* PHINNEY, DISTRICT DIRECTOR OF INTERNAL REVENUE, 382 U. S. 983. Motion for leave to file petition for rehearing denied.

MAY 31, 1966.

No. 1511, Misc. CARUTH *v.* OLIVER, WARDEN;

No. 1521, Misc. WION *v.* WILLINGHAM, WARDEN;

No. 1528, Misc. MADDEN *v.* CALIFORNIA; and

No. 1529, Misc. THOMAS *v.* UNITED STATES. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1346, Misc. RED LION BROADCASTING CO., INC., ET AL. *v.* BAZELON, CHIEF JUDGE, U. S. COURT OF APPEALS. Motion for leave to file petition for writ of mandamus denied. *John J. McGovern* for petitioners. *Solicitor General Marshall, Assistant Attorney General Douglas* and *David L. Rose* for the Federal Communications Commission in opposition to the motion.